**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Nature's Second Chance Leasing, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 18-30777 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Arch Trailers**<br>Creditor's Name<br><br>**4800 Bulwer Avenue**<br>**Saint Louis, MO 63147**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**Unknown**<br>**Last 4 digits of account number**<br>**Unknown**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Southern Utility**<br>**2. Arch Trailers** | **Describe debtor's property that is subject to a lien**<br>**Various Trailers**<br><br><br>**Describe the lien**<br>**Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000.00 | $906,250.00 |
| **2.2** **Bank of Rantoul**<br>Creditor's Name<br><br>**201 East Champaign Ave.**<br>**Rantoul, IL 61866**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**Unknow**<br>**Last 4 digits of account number**<br>**Unknown**<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Skid Steer (Subject to Security Interests in favor of Caterpillar Finance, Bank of Rantoul and FNB Staunton**<br><br>**Describe the lien**<br>**Loan**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $2,848,339.00 | $2,880,000.00 |

| Debtor | **Nature's Second Chance Leasing, LLC** | Case number (if know) | **18-30777** |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CAT Financial**
**2. Bank of Rantoul**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CAT Financial** | **Describe debtor's property that is subject to a lien** | $199,441.00 | $300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**PO Box 340001**
**Nashville, TN 37203-0001**
Creditor's mailing address

**Describe the lien**
**Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CAT Financial** | **Describe debtor's property that is subject to a lien** | $199,441.00 | $2,880,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Skid Steer (Subject to Security Interests in favor of Caterpillar Finance, Bank of Rantoul and FNB Staunton** | | |

**PO Box 340001**
**Nashville, TN 37203-0001**
Creditor's mailing address

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Various**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Daimler - Mercedes Benz** | **Describe debtor's property that is subject to a lien** | $5,674,164.00 | $5,110,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **73 Western Star Tractors** | | |

**PO Box 685**
**Roanoke, TX 76262**
Creditor's mailing address

**Describe the lien**
**Loan**
**Is the creditor an insider or related party?**
■ No

---

| Debtor | **Nature's Second Chance Leasing, LLC** | Case number (if know) | **18-30777** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**Unknown**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | **First National Bank in Staunton** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Various Equipment** | | |

**Attn: Mr. Brian Ury**
**115 Elm Street**
**Staunton, IL 62088**
Creditor's mailing address

**Describe the lien**
**Secured Guaranty of Affiliate Debt**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.7 | **Southern Utility** | **Describe debtor's property that is subject to a lien** | **$400,000.00** | **$906,250.00** |
|---|---|---|---|---|
| | Creditor's Name | **Various Trailers** | | |

**550 Highway 49 South**
**Richland, MS 39218**
Creditor's mailing address

**Describe the lien**
**Loan**
**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**Unknown**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$9,371,385.0**

| Debtor | **Nature's Second Chance Leasing, LLC** | Case number (if know) | 18-30777 |
|---|---|---|---|
| | Name | | |

| | | 0 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|